THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN D. RYAN, Appellant, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Submitted January 9, 1933; decided January 17, 1933.)

*John J. Bennett, Jr., Attorney-General (John T. Cahill* of counsel), for motion.

*Wayne Johnson* opposed.

Motion denied, without costs, with leave to renew on argument.

BRIARCLIFF LODGE HOTEL, INC., Respondent, *v.* CITIZEN-SENTINEL PUBLISHERS, INC., et al., Appellants.

BRIARCLIFF LODGE HOTEL, INC., Respondent, *v.* TARRY-TOWN DAILY NEWS, INC., et al., Appellants.

BRIARCLIFF LODGE HOTEL, INC., et al., Respondents, *v.* WESTCHESTER NEWSPAPERS, INC., et al., Appellants.

BRIARCLIFF LODGE HOTEL, INC., et al., Respondents, *v.* THE YONKERS STATESMAN CORPORATION, Appellant.

(Submitted January 9, 1933; decided January 17, 1933.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements in one motion. (See 260 N. Y. 106.)